# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC ROMELL AUGUSTUS

NO. 2023 KW 0372

**JULY 5, 2023**

---

In Re:    Eric Romell Augustus, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-18-0508.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on February 24, 2023, the district court denied relator's writ of habeas corpus. The record further shows that on April 3, 2023, relator entered a guilty plea in this case and on May 18, 2023, he was sentenced to thirty five years imprisonment with the Department of Public Safety and Corrections. Accordingly, relator's request for mandamus is moot.

                WIL
                CHH
                SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT